B. Scott Eidson (*Pro Hac Vice* – MO 057757)
scott.eidson@stinson.com
Julie C. Scheipeter (*Pro Hac Vice* – MO 65978)
julie.scheipeter@stinson.com
**STINSON LLP**
7700 Forsyth Blvd
Suite 1100
St. Louis, Missouri 63105
Telephone:    314.863.0800
Facsimile:    314.863.9388

Javier Torres (217538)
javier.torres@stinson.com
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925

Christopher P. Leyel (161755)
cleyel@yokasmith.com
**YOKA & SMITH, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 427-2300
Fax: (213) 427-2330

*Attorneys for Defendants Great Greek Franchising, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D Greek Restaurant, Inc., d/b/a The Great Greek, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Great Greek Franchising, LLC, a Florida limited liability company and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-09770-MWF-SK<br><br>**DEFENDANT GREAT GREEK FRANCHISING, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date filed:    October 23, 2020<br>FAC filed:    February 11, 2021<br>SAC filed:    June 7, 2021<br>Counter-<br>claim filed:    March 4, 2021<br>Judge:    Hon. Michael W. Fitzgerald<br><br>Hrng Date:    March 21, 2022<br>Time:    10:00a.m.<br>Courtroom: 5A |

1

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS
CASE NO.  2:20-CV-09770-MWF-SK

PLEASE TAKE NOTICE that, on March 21, 2022, in the courtroom of The Honorable Michael W. Fitzgerald of the United States District Court for the Central District of California, 350 West 1st Street, Courtroom 5A, Los Angeles, CA 90012 at 10:00 A.M., or as soon thereafter as the matter may be heard, Defendant Great Greek Franchising, LLC ("GGF") shall, and hereby does, move the Court pursuant to Federal Rules of Civil Procedure 56, for an order granting partial summary judgment on Plaintiff D&D's claims in Counts I, II, III, IV, and V.

Counts I, II, II, IV and V fail as a matter of law because D&D lacks enforceable trademark rights in any market where GGF franchisees operate. Count III fails as a matter of law because (1) D&D cannot establish senior nationwide rights to THE GREAT GREEK or a likelihood of confusion; and (2) there is no evidence that either applicant for the registrations at issue in Count III knew of D&D's Sherman Oaks restaurant at the time the applications were filed, nor is there evidence that either applicant intended to procure a registration to which it was not entitled. Count IV fails as a matter of law because D&D no longer has a mark registered pursuant to California state law as required by § 14245. D&D is not entitled to damages under the Lanham Act as a matter of law. GGF's profits are not recoverable under the Lanham Act as a matter of law. D&D is not entitled to a reasonable royalty under the Lanham Act as a matter of law. D&D is not entitled to monetary relief for any unfair competition under the California Business and Professional Code.

This Motion is and will be based on this Notice of Motion and Motion for Summary Judgment, the accompanying Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Ray Titus in Support of Defendant's Motion for Summary Judgment, and any argument presented at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 18, 2022.

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS
CASE NO.  2:20-CV-09770-MWF-SK

Dated:  February 22, 2022.               STINSON LLP


                                    By:  /s/ *Javier Torres*
                                         B. Scott Eidson
                                         Julie C. Scheipeter
                                         Javier Torres

                                         Attorneys for Defendants Great Greek
                                         Franchising, LLC

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THE PLEADINGS
CASE NO.  2:20-CV-09770-MWF-SK