B. Scott Eidson (*Pro Hac Vice* – MO 057757)
scott.eidson@stinson.com
Julie C. Scheipeter (*Pro Hac Vice* – MO 65978)
julie.scheipeter@stinson.com
**STINSON LLP**
7700 Forsyth Blvd
Suite 1100
St. Louis, Missouri 63105
Telephone:   314.863.0800
Facsimile:   314.863.9388

Javier Torres (217538)
javier.torres@stinson.com
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925

Christopher P. Leyel (161755)
cleyel@yokasmith.com
**YOKA & SMITH, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 427-2300
Fax: (213) 427-2330

*Attorneys for Defendants Great Greek Franchising, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D Greek Restaurant, Inc., d/b/a The Great Greek, a California corporation,<br><br>                                    Plaintiff,<br><br>        v.<br><br>Great Greek Franchising, LLC, a Florida limited liability company and DOES 1 through 10,<br><br>                                    Defendants. | Case No. 2:20-cv-09770-MWF-SK<br><br>**DECLARATION OF RAY TITUS** |

1

# DECLARATION OF RAY TITUS

I, Ray Titus, declare as follows:

1.      I am over the age of eighteen and the facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.      I submit this declaration in support of Defendant's Motion for Summary Judgment.

3.      Defendant, Great Greek Franchising, LLC ("GGF") is a Florida limited liability company headquartered in Florida.  GGF is a franchisor of the Great Greek Mediterranean Grill ("TGGMG").   GGF does not own or operate any of the individual TGGMG restaurants.

4.      After I and others at UFG Group Inc. ("UFG") identified TGGMG as a potential investment opportunity, UFG and Great Greek Partners, LLC (an entity owned by the principals of Neighbors Hospitality, LLC) entered into a Joint Venture Agreement on September 18, 2017.  Pursuant to the Joint Venture Agreement, GGF was created on December 4, 2017.  Prior to its formation on December 4, 2017, GGF had no involvement with the TGGMG concept.

5.      On February 27, 2018, UFG and Great Greek Partners entered into the original LLC Operating Agreement for GGF. Through the operating agreement, GGF acquired all intellectual property rights in the name "The Great Greek Mediterranean Grill," including all goodwill in the trademark dating back to the First TGGMG Store.

6.      GGF owns the following federal trademark registrations: Registration No. 5,298,597 for THE GREAT GREEK MEDITERRANEAN GRILL (standard character), Registration Nos. 6,110,408, 6,110,409, 6,110,410, and 6,110,411 for TGGMG logos, and Registration No. 5,964,545 for GREAT GREEK (standard character) (collectively, the TGGMG Marks).

7.    GGF and its franchisees use the TGGMG Marks in all locations to market TGGMG restaurants.

8.    The TGGMG restaurants have delivered, and continue to deliver, high quality Mediterranean food with fresh and healthy ingredients to thousands of customers across the United States.

9.    Currently, there are five TGGMG restaurants in Nevada, two in Colorado, three in Michigan, five in Florida, one in Minnesota, one in Ohio, one in South Carolina, two in Texas, and one in Virginia.

10.    No TGGMG restaurants have opened in California. No TGGMG restaurants are currently set to open in or in the immediate vicinity of Sherman Oaks, California.

11.    GGF's revenue is generated through franchise fees, the markup on the sale of equipment to the franchisees, and franchise royalty fees (generally 6% of gross revenue of individual franchisees) from TGGMG franchisees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on February 22, 2022.

_Ray Titus_

Ray Titus

DECLARATION OF RAY TITUS
CASE NO.  2:20-CV-09770-MWF-SK